

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2016

No. 04-15-00272-CV

Kyu Im **ROBINSON**,
Appellant

v.

William P. **RIDDICK**, et al,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-07766
Honorable Renée Yanta, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Luz Elena D. Chapa, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of May, 2016.

_____
Keith E. Hottle
Clerk of Court